UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CASE NO.:  4:17-cv-00731-ALM-KPJ

GREGG K. SILVERS and WHITE HORSE
RANCH, INC.,

    *Plaintiffs*,

vs.

BLUE CROSS BLUE SHIELD OF TEXAS
and MAGELLAN HEALTHCARE,

    *Defendants.*

                                                      /

## JOINT NOTICE OF RESOLUTION

The parties respectfully notify the Court that the parties have agreed in principle to resolve the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing an agreement to document the resolution and dismissal of this Action ("Agreement"). The parties intend to finalize the Agreement as soon as practicable.

Respectfully submitted,

**CALLAGY LAW, P.C.**
650 From Rd., Suite 565
Paramus, New Jersey  07652
(201) 261-1700
(201) 261-1775 *facsimile*

/s/ Jeffrey L. Greyber
**Jeffrey L. Greyber, Esq.**
Texas Bar No. 24103030
jgreyber@callagylaw.com
hcasebolt@callagylaw.com
*Attorney for Plaintiffs*

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Ave. North, Suite 2400

**REED SMITH, LLP**
10 S. Wacker Dr., 40th Fl.
Chicago, IL  60606
(312) 207-1000
(312) 207-6400 *facsimile*

/s/ Martin J. Bishop
**Martin J. Bishop, Esq.**
Texas Bar No. 24086915
mbishop@reedsmith.com
*Attorney for BCBSTX*

Birmingham, AL 35203
(205) 254-1000
(205) 254-1999 *facsimile*

/s/ Joshua R. Hess
Stephen C. Jackson
(TX Bar No: 24090637)
John David Collins (admitted pro hac vice)
Joshua R. Hess (admitted pro hac vice)
Attorneys for Defendant Magellan Healthcare, Inc.
sjackson@maynardcooper.com
jcollins@maynardcooper.com
jhess@maynardcooper.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 2, 2018, I electronically filed the foregoing documents with the Clerk of the Court by using CM / ECF. I also certify that the foregoing document is being served this day on all counsel of record *via* Notices of Electronic Filing generated by CM / ECF, and *via* emails to defense counsel of record.

/s/ Jeffrey L. Greyber
**Jeffrey L. Greyber, Esq.**